IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br>    Plaintiff,<br>  v.<br>KATHY BONILLA,<br>    Defendant.<br>_____/ | No. C 12-2852 CW (PR) |
| STEVEN WAYNE BONILLA, DBA SUNSTATE WHOLESALE TROPICAL NURSERY,<br>    Plaintiff,<br>  v.<br>PACIFIC GROWERS, et al.,<br>    Defendants.<br>_____/ | No. C 12-2863 CW (PR)<br><br>JUDGMENT |

Pursuant to the Court's Order of today's date dismissing the instant actions pursuant to 28 U.S.C. § 1915(g), a judgment of DISMISSAL without prejudice is hereby entered.

The Clerk of the Court shall close the files.

IT IS SO ORDERED.

DATED: 6/18/2012

CLAUDIA WILKEN
United States District Judge